**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00731-REB-MEH

RONALD NAGIM,

    Plaintiff,

v.

JOSEPH E. ABRAHAM, III,

    Defendant.

**OVERRULING OBJECTIONS TO AND ADOPTING
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matters before me are (1) the magistrate judge's **Recommendation** [#11][1] filed April 5, 2011; and (2) defendant's **Objection to Report and Recommendation** [#12] filed April 19, 2011.  I overrule the objection, adopt the recommendation, and remand this case as suggested therein.

    As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed and have considered carefully the recommendation, objections, and applicable caselaw.  Moreover, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  ***See Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***,

---

[1] "[#11]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)). The recommendation is detailed and well-reasoned. Contrastingly, defendant's objection is imponderous and without merit.[2] The document he submits in support adds nothing to bolster his request for the extraordinary remedy of injunctive relief, nor does it cure the jurisdictional issues noted in the magistrate judge's recommendation.

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation** [#11] filed April 5, 2011, is **APPROVED AND ADOPTED** as an order of this court;

2. That the objections stated in defendant's **Objection to Report and Recommendation** [#12] filed April 19, 2011, are **OVERRULED**;

3. That plaintiff's **Motion To Remand Case** [#9] filed April 4, 2011, is **GRANTED**;

4. That defendant's **12(b)(1), 12(b)(3), and 12(b)(6) Motion To Dismiss** [#6] filed March 31, 2011, is **DENIED AS MOOT**; and

---

[2] In his objection, defendant alludes to an earlier case between himself and plaintiff in which plaintiff sought more than the jurisdictional amount in controversy. To the extent that case is in any way relevant to this one – a matter which I do not concede – none of these alleged jurisdictional facts were set forth in the state court complaint or the notice of removal, as required under the precedents of this circuit. *See, e.g.*, **Martin v. Franklin Capital Corp.**, 251 F.3d 1284, 1290 (10th Cir. 2001); **Laughlin v. Kmart Corp.**, 50 F.3d 871, 873 (10th Cir. 1995).

5. That this case is **REMANDED** to the District Court, Arapahoe County, Colorado (where it was filed originally as Case No.11cv329).

Dated May 19, 2011, at Denver, Colorado.

                                                    **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge